(125 So. 917)
### H. BATTLE (alias Battles) v. STATE.
### (6 Div. 655.)

Court of Appeals of Alabama.   Dec. 10, 1929.

SAMFORD, J.   Affirmed.

(121 So. 919)
### J. W. BAXTER v. CITY OF FT. PAYNE.
### (7 Div. 513.)

Court of Appeals of Alabama.   March 19, 1929.

Chas. J. Scott, of Ft. Payne, for appellant.
J. V. Curtis, of Ft. Payne, for appellee.

SAMFORD, J.   There are some exceptions seeking to raise questions as to the validity of the city ordinance under which this prosecution was begun.   As to these questions we think section 1954, Code 1923, is plain enough without further construction.

The ordinance claimed to have been violated is an adoption of section 3883 of the Code of 1923.   Under the evidence in this case the defendant should not have been convicted. There is no semblance of a violation shown. The evidence on another trial would doubtless be the same, and, as it could serve no good purpose to remand this cause, the judgment is reversed, and a judgment will here be rendered, discharging the defendant.

Reversed and rendered.

(128 So. 913)
### Bob BEARDEN v. STATE.
### 6 Div. 714.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Affirmed.

(127 So. 916)
### Ben BEASLEY v. STATE.
### 4 Div. 622.

Court of Appeals of Alabama.
April 15, 1930.

R. E. L. Cope and T. S. Frazer, both of Union Springs, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(125 So. 917)
### L. E. BELL et al. v. D. D. EDGAR.
### (6 Div. 683.)

Court of Appeals of Alabama.   Dec. 10, 1929.

BRICKEN, P. J.   Appellee brought suit against L. E. Bell, Joe Bell, and Jeff Bell as partners doing business under the firm name of Bell Bros., and on the 27th day of March, 1929, recovered judgment in the sum of $200. Defendants in the court below took an appeal to this court.   The certificate of appeal was filed here on July 6, 1929, and nothing further has been done to perfect the appeal.   On November 29, 1929, the cause was submitted upon motion of appellee to affirm.   The grounds of the motion being well taken, the motion is granted, and the judgment of the lower court, from which this appeal was taken, is affirmed.

Affirmed.

(125 So. 918)
### Tip BELL v. STATE.   (7 Div. 589.)

Court of Appeals of Alabama.   Jan. 21, 1930.

RICE, J.   Appeal dismissed.